UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS P. REGO,<br><br>                                  Plaintiff,<br><br>          v.<br><br>MAIMONIDES MEDICAL CENTER,<br><br>                                Defendant. | **NOTICE OF DISMISSAL**<br><br>Civil Action No.: 21-cv-2448<br><br>(Vitaliano, J.)<br>(Scanlon, M.J.) |

        PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Louis P. Rego hereby dismisses this action, and all claims asserted therein, with prejudice.

Dated: Brooklyn, New York
       May 3, 2021

                              MARK J. LESKO
                              Acting United States Attorney
                              *Counsel for Plaintiff*
                              Eastern District of New York
                              271 Cadman Plaza East
                              Brooklyn, New York 11201

                        By:    */s/ Sean P. Greene-Delgado*
                              SEAN P. GREENE-DELGADO
                              Assistant U.S. Attorney
                              (718) 254-6484
                              sean.greene@usdoj.gov