UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LOUIS P. REGO,

                Plaintiff,

v.

MAIMONIDES MEDICAL CENTER,

                Defendant.

**NOTICE OF DISMISSAL**

Civil Action No.: 21-cv-2448

(Vitaliano, J.)
(Scanlon, M.J.)

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Louis P. Rego hereby dismisses this action, and all claims asserted therein, with prejudice.

*The Clerk is directed to closed this case.*

Dated: Brooklyn, New York
       May 3, 2021

MARK J. LESKO
Acting United States Attorney
*Counsel for Plaintiff*
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

By:   */s/ Sean P. Greene-Delgado*
      SEAN P. GREENE-DELGADO
      Assistant U.S. Attorney
      (718) 254-6484
      sean.greene@usdoj.gov

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 1/13/2022

*s/Eric N. Vitaliano*
_____
Eric N. Vitaliano
United States District Judge